USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/02/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMAINE NICHOLSON,

                Plaintiff,

-against-

COUNTY OF WESTCHESTER,
WESTCHESTER COUNTY POLICE
DEPARTMNET, JEFFREY SLOTOROFF,
DAVID DIRIENZO, PAUL OSTERMAN,
CHRISTOPHER GUZICZEK, CHRISTIAN
GUTIERREZ, JAMES HUNT, JOEL
GREEN, NICHOLAS ZEBROWSKI,
BRANDON AMLUNG, and JOHN or
JANE DOE 1-10,

                Defendants.

21-CV-1484 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On May 11, 2022, the Court issued an Order to Show Cause directing Romaine Nicholson ("Plaintiff") to show cause in writing on or before June 13, 2022 as to why her claims against Defendants should not be dismissed for want of prosecution under Federal Rule of Civil Procedure 41(b). (ECF No. 8). The Court expressly warned Plaintiff that failure to comply with the Court's show cause order would result in dismissal of this action for want of prosecution. (*Id.*) To date, the deadline expired more than a year ago, and Plaintiff has failed to respond to the Order to Show Cause and to communicate with the Court for over a year.

Accordingly, the Court DISMISSES without prejudice the above-captioned action for want of prosecution. The Clerk of the Court is directed to terminate this action.

Dated:  April 2, 2024
        White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE